NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000389
27-AUG-2013
02:47 PM

NO. CAAP-12-0000389

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LEONARDO L. FRANCISCO, Claimant-Appellant,
v.
MARRIOTT HOTEL SERVICES, INC.
dba: WAIKOLOA BEACH MARRIOTT, Employer-Appellee,
and
MARRIOTT CLAIMS SERVICES, Insurance Carrier-Appellee
and
SPECIAL COMPENSATION FUND, Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2009-500(WH) (9-06-00349))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge[1]/)

The Summary Disposition Order of the court, filed on May 30, 2013, is hereby corrected as follows:

1. On page 2, in the third line from the bottom of the page, the word "preform" should be replaced with "perform" so that as corrected, the text reads: ". . . planned to have Francisco perform the light-duty tasks . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, August 27, 2013.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1]/ Nakamura, Chief Judge, and Foley and Reifurth, JJ.